IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>         Plaintiff,<br>   v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION,<br><br>         Defendant.<br>                                                                    / | No. C 04-4250 SI<br><br>**ORDER TERMINATING ACTION AND SETTING DEADLINE FOR POST-DECISION MOTIONS** |

By order dated April 29, 2005, this Court granted plaintiff's motion to compel production of Eagle's November 14, 2003 report, denied defendant's motion for summary judgment and ordered defendant SBA to produce the November 14, 2003 report pursuant to 5 U.S.C.§ 552(a)(3). The production required by the April 29, 2005 order was stayed until June 20, 2005, in order to give defendant the opportunity to seek a stay from the appellate court pending its appeal to the United States Court of Appeals for the Ninth Circuit.

Defendant has now filed a Notice of Compliance with Court Order, stating that it has posted the November 14, 2003 report on its website, has confirmed that plaintiff received a copy of the report, and intends to withdraw its notice of appeal in this case.

It appears to the Court that this matter is resolved and can now be terminated, subject only to any post-decision motions by either party. Accordingly, this action is DISMISSED. Post-decision motions for fees or otherwise shall be filed no later than July 8, 2005.

**IT IS SO ORDERED**.

Dated: May 18, 2005

_____ SUSAN ILLSTON
United States District Judge