KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
SARA WINSLOW (DCBN 457643)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6925
Facsimile: (415) 436-6748
Email: Sara.Winslow2@usdoj.gov

Attorneys for Defendant SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION,<br><br>　　　　Defendant. | No. C 04-4250 SI<br><br>**STIPULATION FOR EXTENSION OF TIME; [PROPOSED] ORDER** |

Subject to approval of the Court, the parties hereby stipulate as follows:

1. Plaintiff, American Small Business League, has noticed two motions to be heard on August 12, 2005 (Interim Motion for Attorneys' Fees, Docket No. 42; and Motion for Relief from Order Terminating Action, Docket No. 44).

2. Counsel for Defendant will be out of town on pre-planned, prepaid travel on August 12, 2005. The earliest hearing date after August 12 on which counsel for both parties are available is August 26, 2005.

3. The parties are attempting to resolve Plaintiff's Motion for Relief from Order Terminating Action before Defendant is required to file its opposition.

//

1      4.  Accordingly, the parties request that the hearing date for both motions be continued to

2  August 26, 2005, and that the opposition and reply brief deadlines for both motions be continued

3  to correspond to the August 26 hearing date.

4      IT IS SO STIPULATED.

5

6  Dated: July 20, 2005                    Respectfully submitted,

7                                          KEVIN V. RYAN
                                           United States Attorney
8

9                                          _Sara ___ (signature)
                                           SARA WINSLOW
10                                         Assistant United States Attorney
                                           Attorneys for Defendant
11
   Dated: July 20, 2005                    GUTIERREZ RUIZ LLP
12

13

14                                         _Robert Belshaw_ (signature)
                                           ROBERT E. BELSHAW
15                                         Attorneys for Plaintiff

16              **[PROPOSED] ORDER**

17      Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY

18  ORDERED that:

19      1.  Plaintiff's Interim Motion for Attorneys' Fees (Docket No. 42) and Plaintiff's Motion

20  for Relief from Order Terminating Action (Docket No. 44) shall be heard on August 26, 2005 at

21  9:00 a.m.

22      2.  Defendant's oppositions to the above-referenced motions are due August 5, 2005.

23      3.  Plaintiff's reply briefs, if any, are due August 12, 2005.

24  IT IS SO ORDERED.

25

26
                7/22/05                     s/Martin Jenkins for
27  DATED: _____                  _____
                                            SUSAN ILLSTON
28                                          United States District Judge

STIPULATION FOR EXTENSION
OF TIME, C 04-4250 SI                                              -2-