IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE, | No. C 04-4250 SI |
| Plaintiff, | **ORDER RE: PRODUCTION OF TIME RECORDS** |
| v. | |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, | |
| Defendant. | |

Plaintiff seeks an award of attorneys' fees and costs, as the prevailing party in this Freedom of Information Act matter. Defendant resists, inter alia on the basis that plaintiff has produced insufficient records supporting the time and costs spent. The matter is set for hearing on August 26, 2005.

In order to assist the Court in its evaluation of the motion, plaintiff is ORDERED to produce an abstract of contemporaneous time records, a statement describing the manner in which time records were maintained, and a full explanation of all costs sought. This documentation shall be produced to the Court and opposing counsel before or at the hearing on August 26, 2005.

**IT IS SO ORDERED**.

Dated: August 24, 2005

_____SUSAN ILLSTON
United States District Judge